# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2074
_____

United States of America

*Plaintiff - Appellee*

v.

Antonio Cleaves

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: December 12, 2025
Filed: December 17, 2025
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Antonio Cleaves appeals the district court's[1] judgment of conviction after he pleaded guilty to a firearm offense pursuant to a plea agreement that includes an

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

appeal waiver. His counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the voluntariness of the guilty plea.

Upon careful review, we conclude that Cleaves is precluded from challenging the voluntariness of his guilty plea in this appeal because he did not move to withdraw his plea below. <u>See</u> <u>United States v. Foy</u>, 617 F.3d 1029, 1033-34 (8th Cir. 2010) (to extent defendant presents argument to establish his plea was unknowing or involuntary, such claim would not be cognizable on direct appeal where he failed to move in district court to withdraw his guilty plea). We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we dismiss the appeal.

_____